UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE T. SOTO-FLORES,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Unidentified,<br><br>　　　　　Defendants. | Case No. CV 14-0277-GW (JPR)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Dismissing Action and Administratively Closing Case,

　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: June 23, 2014　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE